UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD COMERFORD,
                        Plaintiff,


              v.                                    Civil Action No.  05-11731-WGY


CARL C. CHUN,
                        Defendants

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:


☒      GRANTED.


☒      The Clerk shall not issue summonses at this time pending further review of this case in accordance with 28 U.S.C. § 1915.

SO ORDERED.


September 8, 2005                          /s/ William G. Young
DATE                                      WILLIAM G. YOUNG
                                          CHIEF, UNITED STATES DISTRICT JUDGE